UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

_____

No. 15-4223
(1:12-cr-00093-MR-DLH-l)
_____

UNITED STATES OF AMERICA,
        Plaintiff – Appellee

v.

LLOYD DODWELL,
        Defendant - Appellant

_____

**MOTION TO EXTEND TIME TO FILE THE OPENING BRIEF AND JOINT APPENDIX FOR THIRTY (30) DAYS, UNTIL WEDNESDAY, NOVEMBER 18, 2015**
.
_____

To: THE HONORABLE JUDGES OF THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT.

    NOW COMES Paul F. Herzog, attorney for Defendant-Appellant, and hereby moves this Court for an Order allowing Defendant-Appellant to file the Opening Brief and Joint Appendix in this matter for thirty (30) days, until November 18, 2015.

    In support of said motion, the undersigned counsel respectfully shows the following to this Court:

1. Lloyd Dodwell and Darren Hill were indicted on October 2, 2102 for possession with intent to distribute at least 500 grams of cocaine in violation of 21 USC §841(a)(1).

2. Both defendants filed suppression motions with respect to a stop and search of the vehicle driven by Mr. Dodwell on May 2, 2012. Mr. Hill was alleged to be a passenger in the vehicle driven by Mr. Dodwell. 991.6 grams of cocaine were found during the stop and search of that vehicle.

3. A suppression hearing was held before United States Magistrate Judge Dennis Howell on August 1 & 2, 2013 in Asheville, North Carolina.

4. Magistrate Judge Howell issued a Memorandum and Recommendation dated January 17, 2015. In that document Magistrate Judge Howell recommended that the District Court deny defendants' motions to suppress.

5. On April 21, 2014, the Hon. Martin Reidinger, District Court Judge for the Western District of North Carolina, issued an Order accepting Magistrate Judge Howell's Memorandum and Recommendation. Judge Reidinger denied defendants' motion to suppress. He filed a written Order to this effect.

6. A superseding indictment for possession with intent to distribute cocaine in violation of 21 USC §841(a)(1). was issued on August 5, 2014.

7. On August 15, 2014, Lloyd Dowell appeared before Magistrate Judge Dennis Howell at a Rule 11 hearing. At that hearing, Mr. Dodwell entered a conditional plea of guilty to one count of possession with intent to distribute cocaine in violation of 21 USC §841(a)(1).

8. In his plea agreement with the Government, Mr. Dodwell specifically retained his right to appeal from the denial of his motion to suppress. This agreement was accepted by the Court.

9. Mr. Dodwell appeared before District Court Judge Reidinger for sentencing on March 31, 2015 in Asheville, North Carolina.

10. Mr. Dodwell was sentenced to active imprisonment of 57 months, with three years of supervised release.

11. Formal judgment was entered on or about April 8, 2015.

12. Mr. Dowell gave notice of appeal to this Court on or about April 14, 2015.

13. Mr. Hill also entered a conditional plea of guilty, and was sentenced to an active term of imprisonment, from which he appealed to this Court.

14. This Court ordered Mr. Dodwell's and Mr. Hill's cases consolidated on or about April 15, 2015.

15. Mr. Dodwell's case was assigned number 15-4223 by this Court. Mr. Hill's case was assigned number 15-4212.

16. Mr. Dodwell was represented by Mr. Ron Justice of the Buncombe County, North Carolina bar in the trial court. Mr. Justice was appointed to represent Mr. Dodwell initially on appeal.

17. Mr. Justice moved to withdraw as counsel for Mr. Dodwell on or about July 9, 2015. In his motion, Mr. Justice anticipated that Mr. Dowell would assert ineffective assistance of counsel on appeal.

18. Mr. Justice's motion to withdraw was allowed, and the undersigned was appointed as appellate counsel for Mr. Dodwell.

19. Mr. David Belser of the Buncombe County, North Carolina bar represented Darren Hill in the trial court. Mr. Belser continues to represent Mr. Hill before this Court.

20. The briefing schedule was suspended on July 27, 2015.

21. A new briefing schedule was instituted, and the defendants' opening brief is now due on Monday, October 19, 2015.

22. Counsel was contacted last week by Mr. Hill's counsel, David Belser. Mr. Belser has knee replacement surgery set during the month of November 2015. Mr. Belser has stated to counsel that his recovery time is expected to be "significant." The undersigned's father-in-law had knee replacement surgery. His recovery took a substantial amount of time.

23. Mr. Belser told the undersigned that he would be asking for an extension of time to file the brief in this matter or would make a motion to suspend the briefing schedule until he recovers from his knee replacement surgery.

24. The undersigned told Mr. Belser that he understood his health issues, and had no problems with either an extension of time to file the brief in these matters, or a motion to suspend the briefing schedule.

25. Counsel also informed Mr. Belser that he would be filing a motion with this Court to file a separate brief due to adverse interests and circumstances existing between Mr. Dodwell and Mr. Hill.

26. Counsel is on the capital case roster in North Carolina state court for Cumberland County, North Carolina. Last week was "Admin Week" in Cumberland County Superior Court. Counsel was required to spend substantial time in the local jail, and in Superior Court to adequately attend to his duties in a pending first degree murder case.

27. Undersigned counsel is a member of the North Carolina state courts appellate roster. He filed two records on appeal during the last week to ten days, and began to read a third transcript in anticipation of serving the proposed record on appeal in that third case on the State in the immediate future.

28. Counsel also had two doctors appointments last week.

29. Counsel has an appointment set with his hematologist on Wednesday, October 14, 2014. The undersigned anticipates this will take him away from his office for a minimum of four hours this week. If lab work is required more time will be needed.

30. Counsel has a dentist appointment this week. The dentist will be placing a crown on one of the undersigned's broken molars. Counsel anticipates losing another three to four hours of office time for that appointment.

31. On Thursday, October 8, 2015, the undersigned contacted Assistant United States Attorney Amy Ray via email to ask for her consent to an extension of time to file Mr. Dodwell's opening brief.

32. Ms. Ray indicated that she had been contacted by Darren Hill's attorney, David Belser, with a similar request.

33. Ms. Ray emailed the undersigned that the Government would consent to both Mr. Hill's and Mr. Dodwell's motions for an extension of time to file their brief(s).

34. In a separate motion filed contemporaneously with this motion, Mr. Dodwell (through counsel) has moved this Court to allow him to file a separate brief from Mr. Hill due to "adverse interests" as set out in 4th Cir. R. 28(d).

35. In that motion, the undersigned sets out in some detail what he believes the evidence at the suppression hearing tended to show, and why he believes Mr. Dowell's interests are "adverse" to Mr. Dodwell's.

36. This case involves a substantial suppression issue and much legal research will be required. Much of the 'action" in this case was recorded on a police vehicle video. That video will have to be reviewed several more times before an adequate brief can be written.

37. The undersigned counsel has not asked for a prior extension of time to file the Opening Brief and Joint Appendix in this matter.

NOW WHEREFORE Paul F. Herzog, attorney for Defendant-Appellant Lloyd Dodwell, for the good cause shown above, hereby moves this Court for an Order allowing an additional thirty (30) days to file Mr. Dodwell's Opening Brief and Joint Appendix, until Wednesday, November 18, 2015.

This the 11th day of October 2015.

*/s/ Paul F. Herzog*

Paul F. Herzog
Attorney-at-Law
PO Box 9745
Fayetteville, NC 28311
NC State Bar No. 8315
910-483-9500 (phone)
877-323-9806 (fax)
paulfhherzog@hotmail.com

<u>Certificate of Service</u>

    I, Paul F. Herzog, attorney for the Defendant-Appellant, do certify that on October 11, 2015 the foregoing document was served on all parties or their counsel through the CM/ECF system. The undersigned is not aware of any parties who are not registered CM/ECF system users.

    This the 11th day Of October 2015.

*/s/ Paul F. Herzog*

<u>Paul</u> F. Herzog
Attorney-at-Law
PO Box 9745
Fayetteville, NC 28311
NC State Bar No. 8315
910-483-9500 (phone)
877-323-9806 (fax)
paulfhherzog@hotmail.com