FILED: October 14, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4212 (L)
(1:12-cr-00093-MR-DLH-2)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DARREN HILL

      Defendant - Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to the motions to file separate briefs, the court grants the motions.

All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(d).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk