IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No: 15-4212

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | MOTION TO EXTEND TIME |
| V. | ) | TO FILE OPENING BRIEF |
| | ) | AND JOINT APPENDIX |
| DARREN HILL | ) | |
| | ) | |

    NOW COMES the defendant, DARREN HILL, by and through undersigned counsel, David Belser, and respectfully requests that the Court extend the time for the filing the Opening Brief and Joint Appendix. In support thereof, the defendant shows the following:

1. The defendant's opening brief and Joint Appendix are currently due on Monday, November 23, 2015.

2. The Court has granted a motion allowing the defendant and his co-defendant Lloyd Dodwell to file separate briefs, but a single Joint Appendix.

3. Undersigned counsel has total knee replacement surgery scheduled for November 23, 2015, the same day that the brief and appendix are now due. and will be out of the office for approximately six (6) weeks thereafter.

4. Currently, undersigned counsel is experiencing significant pain and discomfort in his nee, and does not have the energy or concentration or ability to sit for long periods of time necessary to to do an adequate job researching and drafting the brief, and giving the defendant effective assistance of counsel under the 6th Amendment.

5. The case involves a major suppression issue which will require substantial research.

6. The co-defendant Mr. Dodwell, through his newly appointed counsel Paul Herzog, counsel, will also be filing contemporaneously a Motion to Extend The Time To File

Opening Brief and Joint Appendix, and will need to work with undersigned counsel in assembling the single Joint Appendix.

7. Neither Mr. Herzog nor AUSA Amy Ray has any objection to this Motion to Extend.

8. The defendant has already served his active prison sentence and has been released.

WHEREFORE, the defendant respectfully prays this Court to extend the time to file the opening brief and Joint Appendix until January 4, 2016.

Respectfully submitted,
This the 19th day of November, 2015.

_____
s/ David Belser
Bar #: 10631
Attorney for Defendant
Belser Law Firm, PLLC
17 North Market Street, Suite 2
Asheville, NC 28801
Tel: 828-258-1500
Fax: 828-258-1510
dgbelser@gmail.com

CERTIFICATE OF SERVICE

I, David Belser, certify that I caused the forgoing Motion to Extend to be served this day on Assistant United States Attorney Amy Ray and Paul Herzog electronically through ECF.

This the 19th day of November, 2015.

_____
s/ David Belser
Bar #: 10631
Attorney for Defendant
Belser Law Firm, PLLC
17 North Market Street, Suite 2
Asheville, NC 28801
Tel: 828-258-1500
Fax: 828-258-1510
dgbelser@gmail.com