# FOR LEAVE TO FILE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

No. 15-4223 (1:12-cr-00093-MR-DLH-1)

UNITED STATES OF AMERICA, Plaintiff - Appellee

v.

LLOYD DODWELL,

Defendant - Appellant

## UNCONTESTED MOTION TO FOR LEAVE TO FILE TO FILE A PHYSICAL EXHIBIT.

To: THE HONORABLE JUDGES OF THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT.

NOW COMES Paul F. Herzog, attorney for Defendant-Appellant, and hereby moves this Court for an Order allowing Defendant-Appellant Lloyd Dodwell to file the requisite number of copies of a physical exhibit, Government's Ex. 2 (a DVD of a traffic stop on I-26 in North Carolina, recorded May 2, 2012) . The same will be included in the Joint Appendix of this matter.

In support of said motion, the undersigned counsel respectfully shows the following to this Court:

1. Lloyd Dodwell and Darren Hill were indicted on October 2, 2102 for possession with intent to distribute at least 500 grams of cocaine in violation of 21 USC §841(a)(1).

2. Both defendants filed suppression motions with respect to a stop and search of the vehicle driven by Mr. Dodwell on I-26 near Hendersonville, North Carolina on May 2, 2012. Mr. Hill was alleged to be a passenger in the vehicle driven by Mr. Dodwell. 991.6 grams of cocaine were found subsequent to the stop and search of that vehicle.

3. A suppression hearing was held before United States Magistrate Judge Dennis Howell on August 1 & 2, 2013 in Asheville, North Carolina.

4. At that suppression hearing the Government offered into evidence a DVD containing a video (with audio) of a traffic stop initiated by Deputy Mark McMurray (on May 2, 2012) of the Henderson County, North Carolina Sherriff's Office on I-26 near Hendersonville, North Carolina. .

5. The video tends to show that Lloyd Dodwell was the driver of a vehicle, in which Darren Hill was a passenger, when it was stopped on I-26 on May 2, 2012.

6. A later portion of that video tends to show Darren Hill sitting in the front passenger seat of Dep. McMurray's patrol vehicle. While so seated, the video tends to show Mr. Hill removing a large plastic bag containing a white substance inside from his pants as he sat in the front seat of the patrol car. At the time, Dep. McMurray was engaged in other duties outside of his vehicle. Mr. Hill is seen on the patrol car dash-cam video placing the aforementioned plastic bag behind the driver's side seat of Dep. McMurray's patrol car.

7. Dep. McMurray did not find that bag inside his vehicle until several days later. The bag and its contents were sent for chemical analysis. The bag contained approximately 991 grams of cocaine.

8. Approximately, $30,000.00 in United States currency was seized during the aforementioned traffic stop.

9. The legality of the traffic stop and extended detention of Mr. Dodwell & Mr. Hill are the main issues that will be before this Court on appeal. Government's Ex. 2 is the best evidence of what happened on I-26 near Hendersonville, North Carolina on May 2, 2012.

10. Magistrate Judge Howell allowed Government's Ex. 2 (the aforementioned DVD) into evidence, and the same was played in open court. Counsel for both the Government and both defendants questioned Dep. McMurray based on the contents of this video.

11. Magistrate Judge Howell also asked Dep. McMurray questions based on the contents of the video.

12. The video in question is the best evidence of what happened on I-26 near Hendersonville, North Carolina on May 2, 2012 involving Dep. McMurray and the Defendant-Appellants in this matter.

13. This DVD is part of the record of this case, and should be seen by the judges of this Circuit who will be deciding this case.

14. Magistrate Judge Howell issued a Memorandum and Recommendation dated January 17, 2015. In that document Magistrate Judge Howell recommended that the District Court deny defendants' motions to suppress. The Memorandum makes reference to the video.

15. On April 21, 2014, the Hon. Martin Reidinger, District Court Judge for the Western District of North Carolina, issued an Order accepting Magistrate Judge Howell's Memorandum and Recommendation. Judge Reidinger denied defendants' motion to suppress. He filed a written Order to this effect.

16. A superseding indictment for possession with intent to distribute cocaine in violation of 21 USC §841(a)(1). was issued on August 5, 2014.

17. On August 15, 2014, Lloyd Dowell appeared before Magistrate Judge Howell at a Rule 11 hearing. At that hearing, Mr. Dodwell entered a conditional plea of guilty to one count of possession with intent to distribute cocaine in violation of 21 USC §841(a)(1).

18. In his plea agreement with the Government, Mr. Dodwell specifically retained his right to appeal from the denial of his motion to suppress. This agreement was accepted by the trial Court.

19. Mr. Dodwell appeared before District Court Judge Reidinger for sentencing on March 31, 2015 in Asheville, North Carolina.

20. Mr. Dodwell was sentenced to active imprisonment of 57 months, with three years of supervised release.

21. Formal judgment was entered on or about April 8, 2015.

22. Mr. Dowell gave written notice of appeal to this Court on or about April 14, 2015.

23. The co-defendant, Darren Hill also entered a conditional plea of guilty, and was sentenced to an active term of imprisonment, from which he appealed to this Court.

24. This Court ordered Mr. Dodwell's and Mr. Hill's cases consolidated on or about April 15, 2015.

25. Mr. Dodwell's case was assigned number 15-4223 by this Court. Mr. Hill's case was assigned number 15-4212.

26. Mr. Dodwell was represented by Mr. Ron Justice of the Buncombe County, North Carolina bar in the trial court. Mr. Justice was appointed to represent Mr. Dodwell initially on appeal.

27. Mr. Justice moved to withdraw as counsel for Mr. Dodwell on or about July 9, 2015. In his motion, Mr. Justice anticipated that Mr. Dowell would assert ineffective assistance of counsel on appeal.

28. Mr. Justice's motion to withdraw was allowed, and the undersigned was appointed as appellate counsel for Mr. Dodwell.

29. Mr. David Belser of the Buncombe County, North Carolina bar represented Darren Hill in the trial court. Mr. Belser continues to represent Mr. Hill before this Court.

30. The defendants' Opening Brief and Joint Appendix are now due on Monday, January 4, 2016..

31. The Court allowed the defendants to file separate briefs in an Order dated October 14, 2015.

32. On December 10, 2015, the undersigned emailed the attorney for the Government, AUSA Amy Ray, asking for her consent to inclusion of Government's Ex. 2, the DVD of the aforementioned traffic stop, in the Joint Appendix.

33. Ms. Ray emailed back that she gave her consent to its inclusion.

NOW WHEREFORE Paul F. Herzog, attorney for Defendant-Appellant Lloyd Dodwell, for the good cause shown above, hereby moves this Court for an Order allowing Mr. Dodwell to file the requisite number of copies of Government's Ex. 2, a DVD of May 2, 2012, traffic stop, as part Joint Appendix in this matter.

This the 12th day of December 2015.

*Paul F. Herzog*

Paul F. Herzog
Attorney-at-Law
PO Box 9745
Fayetteville, NC 28311
State Bar No. 8315
910-483-9500 (phone)
877-323-9806 (fax)
paulfhherzog@hotmail.com

## Certificate of Service

    I, Paul F. Herzog, attorney for the Defendant-Appellant, do certify that on 11 December 2015 the foregoing document was served on all parties or their counsel through the CM/ECF system. The undersigned is not aware of any parties who are not registered CM/ECF system users.

    This the 12th day of December 2015.

*Paul F. Herzog*

Paul F. Herzog
Attorney-at-Law
PO Box 9745
Fayetteville, NC 28311
State Bar No. 8315
910-483-9500 (phone)
877-323-9806 (fax)
paulfhherzog@hotmail.com