FILED: December 14, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4212 (L)
(1:12-cr-00093-MR-DLH-2)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DARREN HILL

      Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the unopposed motion for leave to file a physical exhibit with the joint appendix, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk