**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

**PATRICIA S. CONNOR**
    **CLERK**

**TELEPHONE**
**(804) 916-2700**

March 1, 2016

David Grant Belser
BELSER & PARKE
Suite 2
17 North Market Street
Asheville, NC 28801-0000

      Re:    No.15-4212, US v. Darren Hill
                1:12-cr-00093-MR-DLH-2

Dear Mr. Belser:

      The brief in this case is long overdue, despite granting you several extensions of time within which to file the brief. You must file the opening brief in this case within 14 days of this letter, or you will be removed as counsel in this case, and will not be permitted to seek reimbursement under the CJA. You will also be subject to disciplinary proceedings pursuant to Local Rule 46(g).

      Thank you for your anticipated attention to this matter.

                                          Sincerely,

                                          /s/ Mark J. Zanchelli
                                          _____
                                          Chief Deputy Clerk

MJZ:sjc