FILED: June 6, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4212 (L)
(1:12-cr-00093-MR-DLH-2)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

DARREN HILL

       Defendant - Appellant

_____

O R D E R
_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 751 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk